NO. 07-01-0313-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

OCTOBER 22, 2001

_____

SUSAN MORROW, APPELLANT

V.

ALLSTATE INSURANCE COMPANY, APPELLEE

_____

FROM THE COUNTY CIVIL COURT AT LAW NO. 3 OF HARRIS COUNTY;

NO. 723,696; HONORABLE LYNN BRADSHAW-HULL, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Susan Morrow perfected an appeal from the trial court's order granting summary judgment in favor of appellee Allstate Insurance Company on her counterclaim for attorney's fees. The clerk's record was filed on June 29, 2001. Appellant's brief was due to be filed on July 30, 2001, but has yet to be filed. Also no motion for extension of time has been filed. By letter dated October 2, 2001, this Court notified appellant's

counsel, Sean K. McPherson, of the defect and also directed that counsel reasonably explain by October 12, 2001, the failure to file a brief together with a showing that appellee has not been significantly injured. Counsel did not respond and the brief remains outstanding.

Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1) and 42.3(b).

Don H. Reavis
Justice

Do not publish.